IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-10-2349-TUC-RCC(BPV) |
| Plaintiff, | **ORDER** |
| vs. | |
| RAMON ENRIQUE PEREZ-PEREZ, | |
| Defendant. | |

The Court has reviewed the Magistrate Judge's Report and Recommendation and no objections having been filed,

**IT IS ORDERED ADOPTING** the Report and Recommendation filed on 2/7/2011 (Doc. 28).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress (Doc. 18).

DATED this 24th day of February, 2011.

Raner C. Collins
United States District Judge

*mg*